IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **RONALD STEVEN KELLEY,** | ) | |
| and **VALERIE DAWN KELLEY,** | ) | Case No. 14-61027-abf7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| **VALERIE DAWN KELLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 14-06030-abf |
| | ) | |
| vs. | ) | |
| | ) | |
| **MOHELA a/k/a MISSOURI HIGHER** | ) | |
| **EDUCATION LOAN AUTHORITY, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFAULT JUDGMENT**

Plaintiff Valerie Dawn Kelley has filed a Motion for Default Judgment against Defendants MOHELA a/k/a Missouri Higher Education Loan Authority, American Education Service, Pennsylvania Higher Education Assistance Agency, Massachusetts Department of Higher Education, and Missouri Department of Higher Education (Docket No. 10). The Court, being fully advised, finds that Defendants MOHELA a/k/a Missouri Higher Education Loan Authority, American Education Service, Pennsylvania Higher Education Assistance Agency, Massachusetts Department of Higher Education, and Missouri Department of Higher Education, though being duly served, are in default and GRANTS Plaintiff's Motion for Default Judgment.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:**

Judgment is entered in favor of Plaintiff Valerie Dawn Kelley and against Defendant MOHELA a/k/a Missouri Higher Education Loan Authority; Defendant American Education Service; Defendant Pennsylvania Higher Education Assistance Agency; Defendant

49331899.1

Massachusetts Department of Higher Education; and Defendant Missouri Department of Higher Education and the Court hereby discharges Plaintiff Valerie Kelley from any obligation or loan owed to these Defendants which existed on or before August 1, 2014.

**SO ORDERED**.

Dated: 12/12/2014

/s/Arthur B. Federman
ARTHUR B. FEDERMAN
United States Bankruptcy Judge

Court to serve parties not receiving electronic notice

49331899.1