7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Ronald Steven Kelley and Valerie Dawn Kelley
*Debtor*

*Bankruptcy Case No.*
14–61027–abf7

**Valerie Dawn Kelley**
  Plaintiff(s)

*Adversary Case No.*
14–06030–abf

v.

**MOHELA on behalf of Dept. of ED**
**American Education Services/Pennsylvania Higher**
**Education Assistance Agency**
**Pennsylvania Higher Education Assistance Agency**
**Massachusetts Department of Higher Education**
**Missouri Department of Higher Education**
**Educational Credit Management Corporation ("ECMC")**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is entered in favor of Plaintiff Valerie Dawn Kelley and against Defendant MOHELA a/k/a Missouri Higher Education Loan Authority; Defendant American Education Service; Defendant Pennsylvania Higher Education Assistance Agency; Defendant Massachusetts Department of Higher Education; and Defendant Missouri Department of Higher Education and the Court hereby discharges Plaintiff Valerie Kelley from any obligation or loan owed to these Defendants which existed on or before August 1, 2014.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 12/12/14

Court to serve