7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Ronald Steven Kelley and Valerie Dawn Kelley
*Debtor*

**Valerie Dawn Kelley**
    Plaintiff(s)

v.

**MOHELA on behalf of Dept. of ED**
**American Education Services/Pennsylvania Higher Education Assistance Agency**
**Pennsylvania Higher Education Assistance Agency**
**Massachusetts Department of Higher Education**
**Missouri Department of Higher Education**
**Educational Credit Management Corporation ("ECMC")**
**American Student Assistance**
**Sallie Mae, Inc.**
    Defendant(s)

*Bankruptcy Case No.*
14–61027–abf7

*Adversary Case No.*
14–06030–abf

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the default judgment entered on December 12, 2014 does not apply to Loan Numbers 01, 02 and 03 which were previously held by Defendant MDHE and were assigned to ECMC and does not apply to Loan Number 04 which was previously held by Defendant PHEAA and was assigned to ECMC. The default judgment continues to apply to any other loans to Plaintiff Valerie Kelley held by Defendants MDHE and PHEAA.

Ann Thompson
Court Executive

By: /s/ Dawn Meador
    Deputy Clerk



Date of issuance: 12/30/14

Court to serve