7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Ronald Steven Kelley and Valerie Dawn Kelley
*Debtor*

*Bankruptcy Case No.*
14–61027–abf7

**Valerie Dawn Kelley**
    Plaintiff(s)

*Adversary Case No.*
14–06030–abf

v.

**MOHELA on behalf of Dept. of ED**
**American Education Services/Pennsylvania Higher Education Assistance Agency**
**Pennsylvania Higher Education Assistance Agency**
**Massachusetts Department of Higher Education**
**Missouri Department of Higher Education**
**Educational Credit Management Corporation ("ECMC")**
**American Student Assistance**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby entered in Favor of the Plaintiff, Valerie Dawn Kelley in accordance with the Stipulation regarding Entry of Judgment between Valerie Dawn Kelley and Defendant Education Credit Management Corporation(Doc. No. 31), and The order for Judgment entered on 4/9/2015 (Doc. No. 32), Plaintiff Valerie Kelley's student loan debt held by ECMC are conditionally discharged.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 4/9/15

Court to serve