7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Ronald Steven Kelley and Valerie Dawn Kelley
*Debtor*

*Bankruptcy Case No.*
14–61027–abf7

**Valerie Dawn Kelley**
    Plaintiff(s)

*Adversary Case No.*
14–06030–abf

v.

**MOHELA on behalf of Dept. of ED**
**American Education Services/Pennsylvania Higher Education Assistance Agency**
**Pennsylvania Higher Education Assistance Agency**
**Massachusetts Department of Higher Education**
**Missouri Department of Higher Education**
**Educational Credit Management Corporation ("ECMC")**
**American Student Assistance**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Default Judgment is hereby entered against Defendant American Student Assistance and the Court hereby discharges Plaintiff Valerie Kelly from any obligation or loan owed to this defendant which existed on or before August 1, 2014.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 4/15/15

Court to serve